UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS DAVID CHAMBERS and
KATHLEEN VIVIAN CHAMBERS,

      Plaintiffs,

v.                                    Case No:  2:26-cv-00896-JES-DNF

SAFECO INSURANCE COMPANY OF
ILLINOIS    and    SAFECO
INSURANCE    COMPANY    OF
AMERICA,

      Defendants.

_____

**<u>ORDER</u>**

This matter comes before the Court on review of the file. Defendant Safeco Insurance Company of Illinois has appeared and filed a motion to dismiss.  (Doc. #3.)  Plaintiff has not filed a response to the motions within the time provided under Local Rule 3.01(d).  M.D. Fla. R. 3.01(d); <u>see</u> <u>also</u> M.D. Fla. R. 2.01(b)(1)(D) (stating that to be admitted to practice in the Middle District of Florida, the attorney must acknowledge that they will comply with the federal rules and these local rules).  Accordingly, as permitted by the local rules, the motion will be treated as unopposed and granted.  <u>Id.</u>  Count III of the Complaint is

dismissed without prejudice, with leave to amend within fourteen (14) days of this Order.

Accordingly, it is hereby

**ORDERED:**

(1)  Defendant Safeco Insurance Company of Illinois's Motion to Dismiss Count III (Doc. #3) is **GRANTED.**

(2)  Count III is **DISMISSED without prejudice and with leave to amend** within FOURTEEN (14) DAYS of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of April 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Parties of Record

- 2 -